IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAWN BOYD,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4717

Opinion filed January 7, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee; Samantha Porche, Assistant Public Defender, Quincy, for Petitioner.

Pamela Jo Bondi, Attorney General; Trisha Meggs Pate and Kristen Lynn Bonjour, Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

      Petitioner is granted a belated appeal of the August 15, 2014, judgment and sentence in Gadsden County Circuit Court case number 14-60-CF. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If

petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

BENTON, CLARK, and SWANSON, JJ., CONCUR.